UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                            :

LYNNETTE TATUM-RIOS, *individually and on behalf*  :
*of all other persons similarly situated*,                       :
                                                            :
                        Plaintiff,              :        20-CV-10651 (JPC)
                                                            :
                    -v-                               :        <u>ORDER</u>
                                                            :
IICOMBINED U.S.A. INC., *doing business as* GENTLE  :
MONSTER                                                      :
                                                           :
                      Defendant.             :
                                                            :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Plaintiff filed the Complaint in this action on December 17, 2020. (Dkt. 1.) The docket reflects that Defendant was served with the Complaint on January 5, 2021, making its response to the Complaint due January 26, 2021. (Dkt. 5.) To date, Defendant has neither responded to the Complaint nor appeared in this action.

       Within one week of the filing of this Order, Plaintiff is ordered to file a status letter with the Court. In that letter, Plaintiff shall inform the Court as to the status of this litigation, including whether it intends to move for default judgment against Defendant.

       SO ORDERED.

Dated: February 24, 2021                                    _____
       New York, New York                                JOHN P. CRONAN
                                                             United States District Judge